Harry I. Johnson (State Bar No. 200257)
Cindi L. Pusateri (State Bar No. 216899)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA  90071-2300
Telephone:  (213) 489-3939
Facsimile:   (213) 243-2539
E-mail addresses:  hijohnson@jonesday.com
                                 cpusateri@jonesday.com

Matthew W. Lampe (admitted *pro hac vice*)
JONES DAY
222 East 41st Street
New York, New York  10017-6702
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306
*(not admitted in New York)*
E-mail address: mwlampe@jonesday.com

Theresia M. Moser (admitted *pro hac vice*)
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA  30309-3053
Telephone:  (404) 521-3939
Facsimile:   (404) 581-8330
E-mail address: tmoser@jonesday.com

Attorneys for Defendant
ASTRAZENECA, LP

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BRODY, on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ASTRAZENECA PHARMACEUTICALS LP; and Does 1 to 20, inclusive,<br><br>Defendant. | Case No. 2:06-CV-06862-ABC (MANx)<br><br>[~~PROPOSED~~] JUDGMENT GRANTING DEFENDANT ASTRAZENECA LP'S MOTION FOR SUMMARY JUDGMENT |

LAI-2944571v1

  Defendant AstraZeneca LP's, erroneously sued as AstraZeneca Pharmaceuticals LP, Motion for Summary Judgment came on regularly for hearing on May 12, 2008 at 10:00 a.m., in Courtroom No. 680 of the United States District Court, Central District of California, located at 255 East Temple Street, Los Angeles, California, 90012, the Honorable Audrey B. Collins presiding.

  Having fully considered all of the papers filed in support and opposition to the Motion for Summary Judgment, and argument of counsel, and good cause having been shown, the Court HEREBY ORDERS, ADJUDGES, AND DECREES as follows:

  (1) Defendant's Motion for Summary Judgment is hereby GRANTED;

  (2) Plaintiff's First Claim for Relief for Failure to Pay Overtime Under the Fair Labor Standards Act was earlier dismissed with prejudice on May 9, 2007 (See Docket Entry No. 37 "Stipulation and Order");

  (3) Plaintiff's Second Claim for Relief for Failure to Pay Overtime Under California Law is hereby dismissed with prejudice;

  (4) Plaintiff's Third Claim for Relief for Failure to Provide Meal Periods Under California Law is hereby dismissed with prejudice;

  (5) Plaintiff's Fourth Claim for Relief for Failure to Allow Rest Periods Under California Law is hereby dismissed with prejudice;

  (6) Plaintiff's Fifth Claim for Relief for Failure to Pay All Wages Earned Each Pay Period Under California Law is hereby dismissed with prejudice;

  (7) Plaintiff's Sixth Claim for Relief for Failure to Provide Accurate Wage Statements Under California Law is hereby dismissed with prejudice;

  (8) Plaintiff's Seventh Claim for Relief for Failure to Pay Wages Timely upon Termination Under California Law is hereby dismissed with prejudice;

  (9) Plaintiff's Eight Claim for Relief for Unfair Competition Under California Law is hereby dismissed with prejudice;

  (10) Plaintiff's Ninth Claim for Relief for Civil Penalties Under Labor Code

1  Section 2699 is hereby dismissed with prejudice; and

2     (11)  The Court GRANTS and ENTERS judgment in favor of Defendant on
3  all of Plaintiff's claims.

4  IT IS SO ORDERED

6  Dated: 6/11/08

*[signature]*
The Honorable Audrey B. Collins
District Court Judge